UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL H., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No.: 2:17-cv-00447-JAW |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION FOR AWARD OF FEES**

On April 29, 2020, Magistrate Judge Nivison issued a Recommended Decision on Motion for Attorney Fees (Doc. 33) wherein he recommended the Court grant Plaintiff's motion and approve an attorney fee under 42 U.S.C. § 406(b) in the amount of $13,700. The time for filing objections to the Recommended Decision has run; neither Mr. H. nor the Commissioner filed a timely objection. Accordingly, the Court adopts the Recommended Decision. The Plaintiff's motion for an award of attorney fees under 42 U.S.C. § 406(b) (ECF No. 30) is **GRANTED**. The Plaintiff is awarded $13,700.00 in attorney fees under § 406(b). Upon receiving payment, counsel must remit to Plaintiff the Equal Access to Justice Act fee of $9,199.45 previously award by the court.

**SO ORDERED.**

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 20th day of May, 2020